KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7158
Facsimile: (415) 436-7234
Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00622 JSW |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | ~~PROPOSED~~ ORDER EXCLUDING |
| v. ) | TIME UNDER SPEEDY TRIAL ACT |
| STEVEN DEMON WILLIAMS, ) | |
| Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties last appeared before this Court on November 3, 3005, for case status. At that time, counsel for the defendant indicated that there were some items of discovery that she had not yet had an opportunity to review and discuss with her client. Counsel requested an additional week in order to complete discovery review.

2. The matter was continued until November 10, 2005 at 2:30 p.m. Time was excluded by the Court for effective preparation of counsel.   .

3. The parties move that the time period from November 3, 2005 through November 10, 2005, be excluded from the calculation of time under the Speedy Trial Act due to effective preparation of counsel.

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-00622 JSW

1  4. In light of the foregoing facts, the failure to grant the requested exclusion
2  would unreasonably deny counsel for the defense the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
4  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
5  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
6  3161(h)(8)(A).

7  5. For the reasons stated, the time period from November 3, 2005 through November 10,
8  2005, shall be excluded from the calculation of time under the Speedy Trial Act.

9  SO STIPULATED.

10 DATED: 11/03/05                              Respectfully Submitted,

13                                              /s/_____
                                                SUSAN R. JERICH
                                                Assistant United States Attorney

14 DATED: 11/8/05

16                                              /s/_____
                                                ELIZABETH M. FALK
                                                Counsel for Defendant

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 DATED: November 9, 2005
20                                              _____
                                                HON. JEFFREY S. WHITE
                                                Judge, United States District Court

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-00622 JSW                      2