| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | Telephone: (415) 436-7700 |
| 5 | |
|   | Counsel for Defendant WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-00622 JSW |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
|   | ) **ORDER TO CONTINUE TRIAL DATE** |
| vs. | ) |
|   | ) Date: January 9, 2006 |
| STEVEN WILLIAMS, | ) Time: 8:30 a.m. |
|   | ) Court: The Honorable Jeffrey S. White |
| Defendant. | ) |

Undersigned counsel stipulate as follows:

1. Trial in this matter is currently set for January 9, 2006;

2. Counsel for Mr. Williams recently completed a trial before Judge Breyer, and has not yet began to prepare pretrial filings for the aforementioned case;

3. Counsel for Mr. Williams and counsel for the United States have yet to meet regarding confidential informant disclosure, which is largely due to Mr. Falk's unavailability over the past two weeks due to trial and a death in the family;

*Williams*, CR 05-00622 JSW
STIP. TO CONTINUE TRIAL DATE      1

4. Counsel for Mr. Williams hereby declares and believes that Mr. Williams would be severely prejudiced should this Court not grant a continuance of the trial. Counsel has not been available to provide Mr. Williams' case with the attention it deserves due to the recent trial and a death in her family;

5. Mr. Williams does not object to said request for a continuance, and hereby attests through counsel that his rights would be compromised should this court force the matter to trial on January 9, 2006. If the Court were to force pretrial filings to be complete before confidential informant discovery is complete, then Mr. Williams' rights to exclude evidence may be compromised;

6. Counsel for Mr. Williams also wishes to alert the Court that the Guidelines for this case are extremely high. This case is potentially a mandatory life imprisonment case should the defendant lose. As such, time for careful and complete trial preparation is essential for Mr. Williams' constitutional rights to be adequately protected. To rush trial in this matter would be highly detrimental to Mr. Williams under these circumstances, as he will likely be sentenced to life imprisonment should he be convicted;

7. Counsel also wishes to alert the court about several scheduling problems that exist for both parties during the months of January, February, and March;

8. Defense counsel is scheduled to take Rule 15 depositions in the Republic of Cyprus, in the matter of *United States v. Vega*, CR-04-101 CRB. In that case, Judge Breyer has ordered that said depositions take place as soon as possible, given the age of the case and the need for it to proceed to trial. This case has been

|   |     |     |
|---|-----|-----|
| 1 |     | pending since June of 2004. These depositions are currently being scheduled for |
| 2 |     | the week of January 16, 2006 and January 23, 2006; |
| 3 |     |     |
| 4 | 9.  | Counsel for the government, Susan Jerich, will be out of the state on January 23- |
| 5 |     | 27, 2006 for an attorney training at the National Center for Missing and Exploited |
| 6 |     | Children in Washington D.C.; |
| 7 |     |     |
| 8 | 10. | Both government counsel and defense counsel are currently scheduled before the |
| 9 |     | Honorable Charles R. Breyer for trial on February 13, 2006, *United States v.* |
| 10 |    | *Rangel and Solis*, CR-05-555 CRB. In this matter, Ms. Falk represents a 20-year- |
| 11 |    | old pregnant woman who is a legal permanent resident of this country, accused of |
| 12 |    | distributing a kilogram of cocaine. Should Ms. Solis lose this trial, she will be |
| 13 |    | immediately deportable and precluded from returning to this country, forever |
| 14 |    | separated from her family in the United States. As such, it is a trial with |
| 15 |    | extremely serious consequences for a very young woman, and Ms. Falk will need |
| 16 |    | adequate time exclusively preparing for this trial; |
| 17 |    |     |
| 18 | 11. | Ms. Falk will also be unavailable between February 28, 2006 and March 24, 2006, |
| 19 |    | as she will be out of the country on her honeymoon that she was unable to take in |
| 20 |    | October and November due to scheduling conflicts. This trip has been scheduled |
| 21 |    | for several months, and would be extremely difficult to reschedule, given that the |
| 22 |    | time for the trip has also been reserved by her husband, who has an extremely |
| 23 |    | demanding schedule as a senior associate at the law firm of Orrick, Herrington & |
| 24 |    | Sutcliffe LLP; |
| 25 |    |     |
| 26 | 12. | Counsel for the government attests that there are 63 days remaining on the Speedy |

*Williams*, CR 05-00622 JSW
STIP. TO CONTINUE TRIAL DATE               3

|   |     |                                                                                                  |
|---|-----|--------------------------------------------------------------------------------------------------|
| 1 |     | Trial calendar beyond the January 9, 2006 trial date;                                            |
| 3 | 13. | Counsel thus jointly stipulate and request this honorable Court to vacate the pretrial conference date of December 19, 2006, as well as the trial date of January 9, 2006; |
| 6 | 14. | Counsel jointly recommends the following schedule to this Court, and respectfully request the Court to adopt the following schedule if the Court is available and amenable; |

            Pretrial:       Monday, February 27, 2006, commencing at 10:00 a.m.

            Trial:           Monday, April 4, 2006, commencing at 8:30 a.m.

15      Counsel jointly requests that the time between January 9, 2006 and April 4, 2006 be excluded from the time requirements of the Speedy Trial Act based upon the following factors, 18 U.S.C. § 3161(h)(8)(A) § (b)(i)(ii)(iv):

    a.) Ms. Falk's unavailability due to foreign depositions in Cyprus between January 16, 2006 - January 27, 2006;

    b.) Ms. Falk's unavailability due to Ms. Falk's need to adequately prepare for a separate trial scheduled on February 13, 2006;

    c.) Due diligence and the need for Ms. Falk to effectively prepare the instant case, which is complex. As previously stated, this case is one in which Mr. Williams will face life imprisonment if he loses. Should the court rush defense counsel to trial, Mr. Williams' constitutional rights will be compromised;

    d.) Ms. Falk's unavailability between February 28, 2006 and March 24, 2006 due to foreign travel.

\\

*Williams*, CR 05-00622 JSW
STIP. TO CONTINUE TRIAL DATE          4

**IT IS SO STIPULATED**

Dated: December 8, 2005  _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

Dated: December 8, 2005  _____/S/_____
SUSAN R. JERICH
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the pretrial conference date in the aforementioned matter set for December 19, 2005, as well as the trial date set for January 9, 2006 are hereby vacated. The pretrial conference shall be rescheduled to occur ~~on the~~ at 2:00 p.m. on the 27th day of February, 2006, and the trial shall be rescheduled to occur on the 3rd day of April, 2006. at 8:30 a.m.

THERE SHALL BE NO FURTHER CONTINUANCES OF THESE DATES.

Based on the facts stated in this stipulation, and for good cause appearing, IT IS HEREBY ORDERED that the time between January 9, 2006 and April 3, 2006 is hereby excluded from the time requirements of the Speedy Trial Act. The Court finds that such exclusion is appropriate in light of the unavailability of counsel; the need for effective preparation of counsel, taking into account due diligence, and the complexity of the case in that the case is one in which Mr. Williams faces a possible sentence of life imprisonment. 18 U.S.C. § 3161(h)(8)(A) § (b)(i)(ii)(iv)

**IT IS SO ORDERED**

Dated: December 9, 2005  _____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*Williams*, CR 05-00622 JSW
STIP. TO CONTINUE TRIAL DATE                    5