**United States District Court**

For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,

10          Plaintiff,                          No. CR 05-00622 JSW

11      v.                                      **ORDER GRANTING IN PART
                                                AND DENYING IN PART**
12   STEVEN D. WILLIAMS,                        **STIPULATION TO VACATE
                                                TRIAL DATE AND SET FOR**
13          Defendant.                          **CHANGE OF PLEA**
                                          /
14

15          This matter comes before the Court upon consideration of the parties' Stipulation and

16   Proposed Order to Vacate Trial Date and Set for Change of Plea.

17          The Court DENIES WITHOUT PREJUDICE the request to vacate the trial date.  The

18   Court GRANTS the request to set this matter on calendar for a change of plea on February 23,

19   2006 at 2:30 p.m.

20          The Court FURTHER ORDERS that the deadlines regarding pretrial filings and the

21   pretrial conference set for February 27, 2006 at 2:00 p.m. are VACATED.  However, because

22   the parties' stipulation implies that plea negotiations are not final, the parties shall file a Joint

23   Status Report with the Court by 12:00 p.m. on February 10, 2006, as to whether the plea has

24   been finalized.  Upon receipt of that report, the Court shall, if it deems it appropriate, reset the

25

26

27

28

**United States District Court**

For the Northern District of California

1  pretrial conference for March 27, 2006 at 2:00 p.m.

2  **IT IS SO ORDERED.**

3

4  Dated:  January 25, 2006

_____
JEFFREY S. WHITE
5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28