# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: CR 05-00622-1 JSW
)
Steven D. Williams )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _December 14, 2006_ be continued until _March 22, 2007_ at _2:30 p.m._.

Date: __OCT 2 4 2006__

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04