# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 05-00622-1 JSW |
| Steven D. Williams | ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ____March 22, 2007____ be continued until ____May 31, 2007____ at ____2:30 p.m.____ .

Date: ____MAR 0 1 2007____

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04