BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-00622 JSW |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER TO SET HEARING RE:** |
|  | ) **ADDENDUM TO PLEA AGREEMENT** |
| STEVEN WILLIAMS, | ) |
|  | ) Proposed Date:  June 12, 2008 |
| Defendant. | ) Time:           2:30 p.m. |
|  | ) Court:          The Honorable Jeffrey |
|                                              | )                S. White |

Undersigned counsel stipulate as follows:

1. Sentencing in this matter is currently set for June 19, 2008, at 2:30 p.m.;

2. The parties will soon arrive at an Addendum to the original Plea Agreement, filed in this matter on February 23, 2006. The purpose of the Addendum in to include Guideline calculations and a Joint Sentencing Recommendation in the Agreement, neither of which were present in the original Agreement;

3. The parties accordingly request a hearing on June 12, 2008, at 2:30 p.m., at which time the parties will request the Court to advise Mr. Williams of the terms stated in the Addendum to the February 23, 2006 Plea Agreement, ensure that Mr.

Williams understands his rights associated with the Addendum to the Plea Agreement and officially incorporate the Addendum into the original Plea Agreement;

4. The parties will provide the Court with the Addendum to the Plea Agreement no later than 2:30 p.m. on June 11, 2008, pursuant to this Court's Standing Order in Criminal Cases.

**IT IS SO STIPULATED.**

Dated: June 9, 2008

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

Dated: June 9, 2008

_____/S/_____
SUSAN R. JERICH
Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that an additional change of plea hearing is hereby SET for June 12, 2008 at 2:30 p.m. regarding the parties proposed Addendum to the Plea Agreement.

**IT IS SO ORDERED.**

Dated: June 9, 2008

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE